UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE MCCOY, | ) | CASE NO. 1:22-CV-01930 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| HEAVENLY CIRCLE, LLC, d/b/a, | ) | **ORDER OF DISMISSAL** |
| HEAVENLY CIRCLE HOME | ) | |
| CARE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

In light of Defendant Marilyn Vicente's representation that this case has settled, and payment is expected within 90 days (see Doc. 15), the docket shall be marked as DISMISSED without prejudice.

On or before May 16, 2025, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

**IT IS SO ORDERED.**

Date:  February 6, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE