UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE MCCOY, | ) | CASE NO. 1:22-CV-01930 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| HEAVENLY CIRCLE, LLC, d/b/a, | ) | **ORDER OF DISMISSAL** |
| HEAVENLY CIRCLE HOME | ) | |
| CARE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is the parties' Stipulation for Order of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  (Doc. 17.)  The matter is DISMISSED with prejudice, and this case is CLOSED.

**IT IS SO ORDERED.**

Date:  May 19, 2025

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE